

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JANET L. ZALEON
*Assistant Corporation Counsel*
Phone: 212-356-0860
jzaleon@law.nyc.gov

September 18, 2025

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov
cit_mgmt@ca2.uscourts.gov

Re: *Hodge v. Rykers Island*
Docket No. 25-2151

Dear Ms. Wolfe:

The New York City Law Department respectfully requests that it no longer be identified as counsel for any party on the docket for this appeal. The district court dismissed the complaint sua sponte—evidently before service of process was ordered—and the Law Department did not enter an appearance on defendants' behalf. *See* SDNY ECF No. 8 (order to amend, noting that "[n]o summons will issue at this time").

Thank you for your consideration.

Respectfully submitted,

MURIEL GOODE-TRUFANT
*Corporation Counsel*
*of the City of New York*

By: /s/ Janet L. Zaleon
JANET L. ZALEON
Assistant Corporation Counsel

cc: SHAKEEM HODGE
4521 Hoxie Street, Apt. 2
Bronx, New York 10470
*Plaintiff-Appellant Pro Se*